UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| FRANCES EARLINE SIMS, individually and as dependent administrator of, and on behalf of, the ESTATE OF STEVEN MITCHELL QUALLS and STEVEN MITCHELL QUALLS' heir(s)-at-law, § § § § § § Plaintiff, § § v. § § CITY OF JASPER, TEXAS; TODERICK D. GRIFFIN; STERLING RAMON LINEBAUGH; HEATHER RENE O'DELL, and JOSHUA L. HADNOT, § § § § § § Defendants. § | CIV. ACT. NO. 1:20-CV-00124-MJT JURY DEMANDED |

**PLAINTIFF'S NOTICE OF DISCLOSURE**

To the Honorable United States District Court:

    Plaintiff files this Notice of Disclosure pursuant to Local Rule CV-26(c). Plaintiff has made the disclosures required under Federal Rule of Civil Procedure 26(a)(1), and Plaintiff did so on Friday, June 12, 2020 via email (without referenced thumb drives); certified mail, return receipt requested; and FedEx.

Respectfully submitted:

/s/ T. Dean Malone
T. Dean Malone
Attorney-in-charge
Texas State Bar No. 24003265
Law Offices of Dean Malone, P.C.
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:   (214) 670-9989
Telefax:       (214) 670-9904
dean@deanmalone.com

Of Counsel:

Michael T. O'Connor
Texas State Bar No. 24032922
michael.oconnor@deanmalone.com
Kristen Leigh Homyk
Texas State Bar No. 24032433
kristen.homyk@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone:     (214) 670-9989
Telefax:          (214) 670-9904

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2020 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

  Frank D. Calvert (fcalvert@calvert-eaves.com)
  F. Blair Clarke (fbclarke@calvert-eaves.com)
  Calvert Eaves Clarke & Stelly, L.L.P.
  Beaumont Tower
  2615 Calder Ave., Suite 1070
  Beaumont, Texas 77702

  Attorneys for Defendant, City of Jasper, Texas, Toderick D. Griffin, Sterling Ramon Linebaugh, Heather O'Dell, and Joshua L. Hadnot

            /s/ T. Dean Malone
            T. Dean Malone