IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FRANCES EARLINE SIMS, individually and as dependent administrator of, and on behalf of, the ESTATE OF STEVEN MITCHELL QUALLS and STEVEN MITCHELL QUALLS' heir(s)-at-law, <br><br> Plaintiff, <br><br> VS. <br><br> CITY OF JASPER, TEXAS; TODERICK D. GRIFFIN; STERLING RAMON LINEBAUGH; HEATHER RENE O'DELL, and JOSHUA L. HADNOT, <br><br> Defendants | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:20-CV-00124 <br> JURY DEMANDED |

**DEFENDANTS, CITY OF JASPER, STERLING RAMON LINEBAUGH, TODERICK GRIFFIN, JOSHUA L. HADNOT and HEATHER O'DELL'S MOTION TO COMPEL PSYCHIATRIC EXAMINATION AND MOTION FOR EXTENSION OF TIME TO PROVIDE PSYCHIATRIC EXPERT REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CITY OF JASPER**, ("City" or "Defendant(s)"), **STERLING RAMON LINEBAUGH** ("Linebaugh" or "Defendant(s)"), **TODERICK GRIFFIN** ("Griffin" or "Defendant(s)"), **JOSHUA L. HADNOT** ("Hadnot" or "Defendant(s)") and **HEATHER O'DELL** ("O'Dell" or "Defendant(s)"), Defendants in the above-referenced cause, and files this their Motion to Compel Psychiatric Examination and Motion for Extension of Time to Provide Psychiatric Expert Report, and in support thereof, would respectfully show as follows:

I.

Defendants have requested an examination by Dr. Edward Gripon, Beaumont Psychiatrist in the above-referenced matter. Counsel for Plaintiff has advised he will not agree to the requested examination.

1

## II.

The Plaintiff made their expert disclosure on October 6, 2020. At that time, they provided a report of a psychologist, relating to his interview and opinions regarding the mental anguish allegedly sustained by the named Plaintiff, Frances Earline Sims. Prior to that time, disclosures by Plaintiff did not reveal medical or psychiatric records for Ms. Sims, the Plaintiff herein.

## III.

In a short amount of time, Defendants have located a psychiatric expert who indicated he can serve as an expert in this matter, Dr. Edward Gripon. Consequently, Defendants request the opportunity for Dr. Edward Gripon to examine the Plaintiff. Defendants believe this examination can be conducted via Zoom or other remote means, and request Plaintiff be ordered to participate in that examination beginning at 11:00a.m. on Wednesday, November 11, 2020.

## IV.

Defendants should be allowed this examination to rebut the testimony of Plaintiff's recently identified psychologist. Defendants also request following said examination Dr. Gripon be allowed 7 days from date of examination to supplement his report in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendants, **CITY OF JASPER, STERLING RAMON LINEBAUGH, TODERICK GRIFFIN, JOSHUA L. HADNOT** and and **HEATHER O'DELL** requests the court enter an order instructing Plaintiff to appear for a psychiatric examination by Dr. Edward Gripon at 11:00a.m. on Wednesday, November 11, 2020, and an extension of the Defendants' deadline for Dr. Gripon to supplement his report in this matter until 7 days after the date of the psychiatric examination, and such other and further relief, both general and special, at law or in equity, to which Defendants may show itself to be justly entitled,

Respectfully submitted,

**CALVERT EAVES CLARKE & STELLY, L.L.P.**
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone: (409) 832-8885
Fax:    (409) 832-8886

By: _/s/ Frank D. Calvert_____
    Frank D. Calvert
    Texas State Bar No.: 03667700
    fcalvert@calvert-eaves.com

F. Blair Clarke
Texas State Bar No.: 04316560
fbclarke@calvert-eaves.com.

**ATTORNEYS FOR DEFENDANTS, CITY OF JASPER, STERLING RAMON LINEBAUGH, TODERICK GRIFFIN, JOSHUA L. HADNOT and HEATHER O'DELL**

### CERTIFICATE OF CONFERENCE

Defendants has conferred with counsel for Plaintiff and this motion is opposed.

_/s/ Frank D. Calvert_____
Frank D. Calvert

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record by electronic filing on this 30th day of October, 2020.

_/s/ Frank D. Calvert_____
Frank D. Calvert