IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| FRANCES EARLINE SIMS, individually and as dependent administrator of, and on behalf of, the ESTATE OF STEVEN MITCHELL QUALLS and STEVEN MITCHELL QUALLS' heir(s)-at-law, *Plaintiff*, <br><br>v. <br><br> CITY OF JASPER, TEXAS; TODERICK D. GRIFFIN; STERLING RAMON LINEBAUGH; HEATHER RENE O'DELL, and JOSHUA L. HADNOT, *Defendants*. | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 1:20-CV-00124 <br> JURY DEMANDED |

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION *IN LIMINE*

Defendants City of Jasper, Texas and Officers Toderick D. Griffin, Sterling Ramon Linebaugh, Heather Rene O'Dell, and Joshua L. Hadnot oppose the following requests in Plaintiff Frances Earline Sims's motions *in limine* as follows:

**MOTION IN LIMINE NO. A9**

**MOTION IN LIMINE NO. A10**

**MOTION IN LIMINE NO. A12**

**MOTION IN LIMINE NO. C1**

**MOTION IN LIMINE NO. C3**

**MOTION IN LIMINE NO. C4**

**MOTION IN LIMINE NO. C5**

**MOTION IN LIMINE NO. C6**

**MOTION IN LIMINE NO. D2**

**MOTION IN LIMINE NO. D3**

**MOTION IN LIMINE NO. E3**

**MOTION IN LIMINE NO. E4**

**MOTION IN LIMINE NO. E5**

**MOTION IN LIMINE NO. E7**

**MOTION IN LIMINE NO. E8**

**MOTION IN LIMINE NO. G2**

**MOTION IN LIMINE NO. G3**

**MOTION IN LIMINE NO. G4**

**MOTION IN LIMINE NO. G5**

**MOTION IN LIMINE NO. G6**

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ William S. Helfand*
William S. Helfand
Texas State Bar No. 09388250
Norman Ray Giles
Texas State Bar No. 24014084
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
bill.helfand@lewisbrisbois.com
norman.giles@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all the following attorneys of record on May 20, 2021:

T. Dean Malone
dean@deanmalone.com

Kristen Homyk
kristen.homyk@deanmalone.com

Michael O'Connor
michael.oconnor@deanmalone.com

*/s/ William S. Helfand*
William S. Helfand