IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FRANCES EARLINE SIMS, individually and as dependent administrator of, and on behalf of, the ESTATE OF STEVEN MITCHELL QUALLS and STEVEN MITCHELL QUALLS' heir(s)-at-law,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF JASPER, TEXAS; TODERICK D. GRIFFIN; STERLING RAMON LINEBAUGH; and HEATHER RENE O'DELL,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  1:20-CV-00124<br>JUDGE MICHAEL J. TRUNCALE |

**FINAL JUDGMENT**

The Court conducted a jury trial in this matter from February 6, 2023 to February 16, 2023. In accordance with the jury verdict rendered on February 16, 2023, [Dkt. 234], it is:

**ORDERED, ADJUDGED, AND DECREED** that the Court hereby **RENDERS JUDGMENT AGAINST** Frances Earline Sims, *individually and as dependent administrator of, and on behalf of*, the Estate Of Steven Mitchell Qualls and Steven Mitchell Qualls' heir(s)-at-law ("Plaintiffs") as to all claims Plaintiffs asserted, or could have asserted, against City Of Jasper, Texas; Toderick D. Griffin; Sterling Ramon Linebaugh; and Heather Rene O'Dell ("Defendants") in this lawsuit.

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing on their claims and that all costs of suit are taxed against the party incurring the same.

**THIS IS A FINAL JUDGMENT.** All relief not previously granted is hereby **DENIED**. The Clerk of the Court is **INSTRUCTED** to close this case.

**IT IS SO ORDERED.**

**SIGNED this 20th day of March, 2023.**

*[signature]*

Michael J. Truncale
United States District Judge